| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |  |
|---|---|---|---|---|---|
| 6P0 |  | PA-EMP |  | 0000280228 | 1 |




# Earnings Statement





THE PHILADELPHIA NANNY NETWORK INC
30 ARDMORE AVE #365
ARDMORE PA 19003
(610) 645-6550

Period Beginning: 06/30/2025
Period Ending: 07/06/2025
Pay Date: 07/11/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table,$10 Extra Withholding

JENNIFER NEWMEYER
212 YELLOWSTONE ROAD
PLYMOUTH MEETING PA 19462

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| **Gross Pay** |  |  | $0.00 | 700.00 |

**Important Notes**
(610) 645-6550

BASIS OF PAY: HOURLY

| Deductions | Statutory |  |  |
|---|---|---|---|
|  | Federal Income Tax |  | 60.00 |
|  | Social Security Tax |  | 43.40 |
|  | Medicare Tax |  | 10.15 |
|  | PA State Income Tax |  | 21.49 |
|  | PA SUI Tax |  | 0.49 |
| **Net Pay** |  | $0.00 |  |
| **Net Check** |  | $0.00 |  |

© 2000 ADP, Inc.

---



THE PHILADELPHIA NANNY NETWORK INC
30 ARDMORE AVE #365
ARDMORE PA 19003
(610) 645-6550

Advice number:  00000280228
Pay date:  07/11/2025

**Deposited to the account of**
JENNIFER NEWMEYER

| account number | transit ABA | amount |
|---|---|---|
|  |  |  |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 6P0 | ███ | PA-EMP | | 0000290239 | 1 |

# Earnings Statement





THE PHILADELPHIA NANNY NETWORK INC
30 ARDMORE AVE #365
ARDMORE PA 19003
(610) 645-6550

Period Beginning:  07/07/2025
Period Ending:    07/13/2025
Pay Date:         07/18/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table,$10 Extra Withholding

JENNIFER NEWMEYER
212 YELLOWSTONE ROAD
PLYMOUTH MEETING PA 19462

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Gross Pay | | | $0.00 | 700.00 |

**Important Notes**
(610) 645-6550

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | | 60.00 |
| | Social Security Tax | | 43.40 |
| | Medicare Tax | | 10.15 |
| | PA State Income Tax | | 21.49 |
| | PA SUI Tax | | 0.49 |
| Net Pay | | $0.00 | |
| Net Check | | $0.00 | |

© 2000 ADP, Inc.



THE PHILADELPHIA NANNY NETWORK INC
30 ARDMORE AVE #365
ARDMORE PA 19003
(610) 645-6550

Advice number:   00000290239
Pay date:        07/18/2025

Deposited to the account of
JENNIFER NEWMEYER

| account number | transit | ABA | amount |
|---|---|---|---|

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

# Earnings Statement



THE PHILADELPHIA NANNY NETWORK INC
30 ARDMORE AVE #365
ARDMORE PA 19003
(610) 645-6550

Period Beginning: 07/14/2025
Period Ending: 07/20/2025
Pay Date: 07/25/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
 Federal: Standard Withholding Table,$10 Extra Withholding

JENNIFER NEWMEYER
212 YELLOWSTONE ROAD
PLYMOUTH MEETING PA 19462

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 25.0000 | 4.00 | 100.00 | |
| **Gross Pay** | | | **$100.00** | 800.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -10.00 | 70.00 |
| | Social Security Tax | -6.20 | 49.60 |
| | Medicare Tax | -1.45 | 11.60 |
| | PA State Income Tax | -3.07 | 24.56 |
| | PA SUI Tax | -0.07 | 0.56 |
| | **Net Pay** | **$79.21** | |
| | Sv1 | -79.21 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sicktimeoff | 1.00 | |
| Totl Hrs Worked | 4.00 | |

**Important Notes**
(610) 645-6550

BASIS OF PAY: HOURLY

Your federal taxable wages this period are $100.00

© 2000 ADP, Inc.



THE PHILADELPHIA NANNY NETWORK INC
30 ARDMORE AVE #365
ARDMORE PA 19003
(610) 645-6550

Advice number: 00000300237
Pay date: 07/25/2025

Deposited to the account of
JENNIFER NEWMEYER

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx0228 | xxxx xxxx | $79.21 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 6P0 | | PA-EMP | | 0000310234 | 1 |

# Earnings Statement





THE PHILADELPHIA NANNY NETWORK INC
30 ARDMORE AVE #365
ARDMORE PA 19003
(610) 645-6550

Period Beginning: 07/21/2025
Period Ending: 07/27/2025
Pay Date: 08/01/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table, $10 Extra Withholding

JENNIFER NEWMEYER
212 YELLOWSTONE ROAD
PLYMOUTH MEETING PA 19462

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 25.0000 | 4.00 | 100.00 | |
| **Gross Pay** | | | **$100.00** | 900.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -10.00 | 80.00 |
| | Social Security Tax | -6.20 | 55.80 |
| | Medicare Tax | -1.45 | 13.05 |
| | PA State Income Tax | -3.07 | 27.63 |
| | PA SUI Tax | -0.07 | 0.63 |
| | **Net Pay** | **$79.21** | |
| | Sv1 | -79.21 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sicktimeoff | 1.00 | |
| Totl Hrs Worked | 4.00 | |

**Important Notes**

(610) 645-6550

BASIS OF PAY: HOURLY

Your federal taxable wages this period are $100.00

© 2000 ADP, Inc.



THE PHILADELPHIA NANNY NETWORK INC
30 ARDMORE AVE #365
ARDMORE PA 19003
(610) 645-6550

Advice number: 00000310234
Pay date: 08/01/2025

**THIS IS NOT A CHECK**

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| JENNIFER NEWMEYER | xxxxxxxxx0228 | xxxx xxxx | $79.21 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 6P0 | | PA-EMP | | 0000320231 | 1 |

**Earnings Statement** 



THE PHILADELPHIA NANNY NETWORK INC
30 ARDMORE AVE #365
ARDMORE PA 19003
(610) 645-6550

Period Beginning: 07/28/2025
Period Ending: 08/03/2025
Pay Date: 08/08/2025

JENNIFER NEWMEYER
212 YELLOWSTONE ROAD
PLYMOUTH MEETING PA 19462

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table,$10 Extra Withholding

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 25.0000 | 8.00 | 200.00 | |
| **Gross Pay** | | | **$200.00** | 1,100.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -10.00 | 90.00 |
| | Social Security Tax | -12.40 | 68.20 |
| | Medicare Tax | -2.90 | 15.95 |
| | PA State Income Tax | -6.14 | 33.77 |
| | PA SUI Tax | -0.14 | 0.77 |
| **Net Pay** | | **$168.42** | |
| Sv1 | | -168.42 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sicktimeoff | 1.00 | |
| Totl Hrs Worked | 8.00 | |

**Important Notes**
(610) 645-6550

BASIS OF PAY: HOURLY

Your federal taxable wages this period are $200.00

© 2000 ADP, Inc.

---



THE PHILADELPHIA NANNY NETWORK INC
30 ARDMORE AVE #365
ARDMORE PA 19003
(610) 645-6550

Advice number: 00000320231
Pay date: 08/08/2025

**Deposited to the account of**
JENNIFER NEWMEYER

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx0228 | xxxx xxxx | $168.42 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement 


**Philadelphia Nanny Network**

THE PHILADELPHIA NANNY NETWORK INC
30 ARDMORE AVE #365
ARDMORE PA 19003
(610) 645-6550

Period Beginning: 08/04/2025
Period Ending: 08/10/2025
Pay Date: 08/15/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table,$10 Extra Withholding

JENNIFER NEWMEYER
212 YELLOWSTONE ROAD
PLYMOUTH MEETING PA 19462

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 25.0000 | 4.00 | 100.00 | |
| **Gross Pay** | | | **$100.00** | 1,200.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -10.00 | 100.00 |
| | Social Security Tax | -6.20 | 74.40 |
| | Medicare Tax | -1.45 | 17.40 |
| | PA State Income Tax | -3.07 | 36.84 |
| | PA SUI Tax | -0.07 | 0.84 |
| | **Net Pay** | **$79.21** | |
| | Sv1 | -79.21 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sicktimeoff | 1.00 | |
| Totl Hrs Worked | 4.00 | |

**Important Notes**
(610) 645-6550

BASIS OF PAY: HOURLY

Your federal taxable wages this period are $100.00

© 2000 ADP, Inc.


**Philadelphia Nanny Network**

THE PHILADELPHIA NANNY NETWORK INC
30 ARDMORE AVE #365
ARDMORE PA 19003
(610) 645-6550

Advice number: 00000330234
Pay date: 08/15/2025

Deposited to the account of
JENNIFER NEWMEYER

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx0228 | xxxx xxxx | $79.21 |



**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 6P0 | | PA-EMP | | 0000340234 | 1 |

# Earnings Statement





THE PHILADELPHIA NANNY NETWORK INC
30 ARDMORE AVE #365
ARDMORE PA 19003
(610) 645-6550

Period Beginning: 08/11/2025
Period Ending: 08/17/2025
Pay Date: 08/22/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table,$10 Extra Withholding

JENNIFER NEWMEYER
212 YELLOWSTONE ROAD
PLYMOUTH MEETING PA 19462

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 25.0000 | 4.00 | 100.00 | |
| **Gross Pay** | | | **$100.00** | 1,300.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -10.00 | 110.00 |
| | Social Security Tax | -6.20 | 80.60 |
| | Medicare Tax | -1.45 | 18.85 |
| | PA State Income Tax | -3.07 | 39.91 |
| | PA SUI Tax | -0.07 | 0.91 |
| | **Net Pay** | **$79.21** | |
| | Sv1 | -79.21 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sicktimeoff | 1.00 | |
| Totl Hrs Worked | 4.00 | |

**Important Notes**
(610) 645-6550

BASIS OF PAY: HOURLY

Your federal taxable wages this period are $100.00

© 2000 ADP, Inc.



THE PHILADELPHIA NANNY NETWORK INC
30 ARDMORE AVE #365
ARDMORE PA 19003
(610) 645-6550

Advice number: 00000340234
Pay date: 08/22/2025

**Deposited to the account of**
JENNIFER NEWMEYER

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx0228 | xxxx xxxx | $79.21 |



**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |  |
|---|---|---|---|---|---|
| 6P0 |  | PA-EMP |  | 0000350230 | 1 |

# Earnings Statement





Philadelphia Nanny Network

THE PHILADELPHIA NANNY NETWORK INC
30 ARDMORE AVE #365
ARDMORE PA 19003
(610) 645-6550

Period Beginning: 08/18/2025
Period Ending: 08/24/2025
Pay Date: 08/29/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table, $10 Extra Withholding

JENNIFER NEWMEYER
212 YELLOWSTONE ROAD
PLYMOUTH MEETING PA 19462

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 25.0000 | 4.00 | 100.00 |  |
| **Gross Pay** |  |  | **$100.00** | 1,400.00 |

| Deductions | Statutory |  |  |
|---|---|---|---|
|  | Federal Income Tax | -10.00 | 120.00 |
|  | Social Security Tax | -6.20 | 86.80 |
|  | Medicare Tax | -1.45 | 20.30 |
|  | PA State Income Tax | -3.07 | 42.98 |
|  | PA SUI Tax | -0.07 | 0.98 |
|  | **Net Pay** | **$79.21** |  |
|  | Sv1 | -79.21 |  |
|  | **Net Check** | **$0.00** |  |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sicktimeoff | 1.00 |  |
| Totl Hrs Worked | 4.00 |  |

**Important Notes**
(610) 645-6550

BASIS OF PAY: HOURLY

Your federal taxable wages this period are $100.00

© 2000 ADP, Inc.


Philadelphia Nanny Network

THE PHILADELPHIA NANNY NETWORK INC
30 ARDMORE AVE #365
ARDMORE PA 19003
(610) 645-6550

Advice number: 00000350230
Pay date: 08/29/2025

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| JENNIFER NEWMEYER | xxxxxxxxx0228 | xxxx xxxx | $79.21 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**



**Earnings Statement**



| | |
|---|---|
| 6P0 | PA-EMP    000370235 |

THE PHILADELPHIA NANNY NETWORK INC
30 ARDMORE AVE #365
ARDMORE PA 19003
(610) 645-6550

Period Beginning: 09/01/2025
Period Ending: 09/07/2025
Pay Date: 09/12/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table, $10 Extra Withholding

JENNIFER NEWMEYER
212 YELLOWSTONE ROAD
PLYMOUTH MEETING PA 19462

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 25.0000 | 4.00 | 100.00 | |
| **Gross Pay** | | | **$100.00** | 1,600.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -10.00 | 140.00 |
| | Social Security Tax | -6.20 | 99.20 |
| | Medicare Tax | -1.45 | 23.20 |
| | PA State Income Tax | -3.07 | 49.12 |
| | PA SUI Tax | -0.07 | 1.12 |
| | **Net Pay** | **$79.21** | |
| | Sv1 | -79.21 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sicktimeoff | 2.00 | |
| Totl Hrs Worked | 4.00 | |

**Important Notes**
(610) 645-6550

BASIS OF PAY: HOURLY

Your federal taxable wages this period are $100.00

© 2000 ADP, Inc.



THE PHILADELPHIA NANNY NETWORK INC
30 ARDMORE AVE #365
ARDMORE PA 19003
(610) 645-6550

Advice number: 00000370235
Pay date: 09/12/2025

Deposited to the account of
JENNIFER NEWMEYER

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx0228 | xxxx xxxx | $79.21 |



**NON-NEGOTIABLE**