UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In re:	CASE NO.: 25-13766
	CHAPTER 13

Jennifer Ann Newmeyer,
   Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004**

    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
    Attorneys for Secured Creditor
    13010 Morris Rd., Suite 450
    Alpharetta, GA 30004
    Telephone: 470-321-7112
    Facsimile: 404-393-1425

    By: /s/Sherri Dicks
       Sherri Dicks
       Email: sdicks@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 6, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

JENNIFER ANN NEWMEYER
212 YELLOWSTONE RD
PLYMOUTH MTNG, PA 19462-1830

And via electronic mail to:

MICHAEL CIBIK, ESQ.
CIBIK LAW, P.C.
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA 19102

KENNETH E. WEST
CHAPTER 13 STANDING TRUSTEE
190 N. INDEPENDENCE MALL WEST
SUITE 701
PHILADELPHIA, PA 19106

UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA, PA 19107


By: /s/ Journie Morosky