# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
## Philadelphia Division

| | |
|---|---|
| Jennifer Ann Newmeyer,<br><br>                             Debtor. | Case No. 25-13766-DJB<br>Chapter 13 |

## Certificate of Service

I, Michael A. Cibik, certify that on December 5, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: December 5, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service - CM/ECF:**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building 900
Market Street
Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West Suite 701
Philadelphia, PA 19106

**NewRez**
PHH Mortgage Services
P.O. Box 24738
West Palm Beach, FL 33416-4738

**Method of Service - First Class Mail:**

Affirm, Inc.
Attn: Bankruptcy
30 Isabella St , Floor 4
Pittsburgh, PA 15212

Avant LLC
Attn: Bankruptcy
222 Merchandise Mart Plz Ste 900
Chicago, IL 60654-1105

Avant/WebBank
222 North LaSalle Street Suite 1600
Chicago, IL 60601

Best Egg
1523 Concord Pike Suite 201
Wilmington, DE 19803

Capital One
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capitalone
P.O. Box 31293
Salt Lake City, UT 84131

Comenity Bank/Victoria Secret
Attn: Bankruptcy
P.O. Box 182125
Columbus, OH 43218

Comenity Bk/Ulta
Attn: Bankruptcy Dept
P.O. Box 182125
Columbus, OH 43218

**Comenity/MPRC**
Attn: Bankruptcy
P.O. Box 182125
Columbus, OH 43218

**Comenitybank/New York**
Attn: Bankruptcy
P.O. Box 182125
Columbus, OH 43218

**Continental Finance Co**
Attn: Bankruptcy Attn: Bankruptcy
4550 Linden Hill Rd , Ste 4
Wilmington, DE 19808-2952

**Credit One Bank**
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

Cws/cw Nexus
P.O. Box 9201
Old Bethpage, NY 11804

Fingerhut
Attn: Bankruptcy 6250 Ridgewood Road
Saint Cloud, MN 56303

Fingerhut Fetti/Webbank
Attn: Bankruptcy
6250 Ridgewood Road
Saint Cloud, MN 56303

First Nataional Bank/Legacy
Attn: Bankruptcy
P.O. Box 5097
Sioux Falls, SD 57117-5097

**First Savings Bank**
Attn: Bankruptcy
1500 S Highline Ave
Sioux Falls, SD 57110-1003

**First Savings Bank/Blaze**
Attn: Bankruptcy
P.O. Box 5096
Sioux Falls, SD 57117-5096

**Fst Premier**
3820 N Louise Avenue
Sioux Falls, SD 57107

**Genesis FS Card Services**
Attn: Bankruptcy
P.O. Box 4477
Beaverton, OR 97076

**Goldman Sachs Bank USA**
Attn: Bankruptcy
200 West St
New York, NY 10282-2102

**Internal Revenue Service**
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**Jefferson Capital Systems, LLC**
Attn: Bankruptcy
200 14th Ave E
Sartekk, MN 56377

LVNV Funding LLC/
Resurgent Capital Services
Attn: Bankruptcy
P.O. Box 1269
Greenville, SC 29602

Mariner Finance
Attn: Bankruptcy
8211 Town Center Dr
Nottingham, MD 21236-5904

Mercury/FBT
Attn: Bankruptcy
P.O. Box 84064
Columbus, GA 31908

Midland Credit Mgmt
Attn: Bankruptcy
P.O. Box 939069
San Diego, CA 92193

**Mission Lane LLC**
Attn: Bankruptcy
P.O. Box 105286
Atlanta, GA 30348

Montgomery County
Tax Claim Bureau
1 Montgomery Plz Ste 600
Norristown, PA 19401-4851

Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**Pennsylvania Office of General Counsel**
333 Market St Fl 17
Harrisburg, PA 17101-2210

**Petal Card Inc**
Attn: Bankruptcy
9169 W State St., PMB 499,
Garden City, ID 83714

**Portfolio Recovery Associates, LLC**
Attn: Bankruptcy
P.O. Box 41067
Norfolk, VA 23541-1067

**Select Portfolio Servicing, Inc**
Attn: Bankruptcy
P.O. Box 65250
Salt Lake City, UT 84165-0250

**Syncb/Care Credit**
Attn: Bankruptcy
P.O. Box 965065
Orlando, FL 32896-5065

**Syncb/Old Navy**
Attn: Bankruptcy
P.O. Box 965060
Orlando, FL 32896-5060

**Synchrony Bank/ Old Navy**
Attn: Bankruptcy
P.O. Box 965060
Orlando, FL 32896

**Synchrony Bank/QVC**
Attn: Bankruptcy
P.O. Box 965065
Orlando, FL 32896-5065

**Synchrony Bank/ Ashley Furniture Homestore**
Attn: Bankruptcy Dept.
P.O. Box 965061
Orlando, FL 32896-5061

**Target NB**
C/O Financial & Retail Services
Mailstop BT
P.O. Box 9475
Minneapolis, MN 55440

**Temple Health**
Attn: Bankruptcy
P.O. Box 61
Lewiston, ME 04243

**Demetrios Tsarouhis**
21 S Ninth Street Suite 200
Allentown, PA 18102

**U.S. Attorney, Eastern District of Pa.**
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

**U.S. Department of Justice**
Attorney General
P.O. Box 683
Washington, DC 20044-0683

**Upgrade, Inc.**
Attn: Bankruptcy
2 N Central Ave Fl 10
Phoenix, AZ 85004-2322

**Uplift Inc/Flexpay**
Attn: Bankruptcy
275 Battery Street, Suite 2300
San Francisco, CA 94111

**Upstart Finance**
Attn: Bankruptcy
P.O. Box 1503
San Carlos, CA 94070

**Upstartnet**
P.O. Box 1503
San Carlos, CA 94070

**Velocity** Investments, LLC
P.O. Box 788
Belmar, NJ 07719