United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 25-13766-djb |
|---|---|
| Jennifer Ann Newmeyer | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Apr 30, 2026 | Form ID: 155 | Total Noticed: 65 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Jennifer Ann Newmeyer, 212 Yellowstone Rd, Plymouth Mtng, PA 19462-1830 |
| 15051418 | LVNV Funding LLC/Resurgent Capital Services, Resurgent Correspondence, Attn: Bankrupt, Greenville, SC 29602 |
| 15051423 | Montgomery County Tax Claim Bureau, 1 Montgomery Plz Ste 600, Norristown, PA 19401-4851 |
| 15051425 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15051436 | Target NB, C/O Financial & Retail Services Mailstop, Minneapolis, MN 55440 |
| 15051439 | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15051394 | + Email/PDF: AffirmBKNotifications@resurgent.com | May 01 2026 03:02:14 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 15051395 | Email/Text: bk@avant.com | May 01 2026 02:57:00 | Avant LLC, Attn: Bankruptcy, 222 Merchandise Mart Plz Ste 900, Chicago, IL 60654-1105 |
| 15051396 | + Email/Text: bk@avant.com | May 01 2026 02:57:00 | Avant/WebBank, 222 North LaSalle Street Suite 1600, Chicago, IL 60601-1112 |
| 15051397 | + Email/PDF: MarletteBKNotifications@resurgent.com | May 01 2026 03:02:07 | Best Egg, 1523 Concord Pike Suite 201, Wilmington, DE 19803-3656 |
| 15051404 | Email/Text: cfcbackoffice@contfinco.com | May 01 2026 02:57:00 | Continental Finance Co, Attn: Bankruptcy Attn: Bankruptcy, 4550 Linden Hill Rd , Ste 4, Wilmington, DE 19808-2952 |
| 15051398 | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 01 2026 03:02:37 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15051399 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | May 01 2026 03:02:38 | Capitalone, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15051400 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 01 2026 02:57:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15051401 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 01 2026 02:57:00 | Comenity Bk/Ulta, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 15051402 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 01 2026 02:57:00 | Comenity/MPRC, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15051403 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 01 2026 02:57:00 | Comenitybank/New York, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15051405 | Email/PDF: creditonebknotifications@resurgent.com | May 01 2026 03:02:08 | Credit One Bank, Attn: Bankruptcy, 6801 S |

District/off: 0313-2                                      User: admin                                      Page 2 of 4

Date Rcvd: Apr 30, 2026                                  Form ID: 155                                     Total Noticed: 65

| | | | |
|---|---|---|---|
| | | | Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15051406 | + Email/PDF: MerrickBKNotifications@Resurgent.com | May 01 2026 03:02:07 | Cws/cw Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15051407 | + Email/Text: dht@pacollections.com | May 01 2026 02:57:00 | Demetrios Tsarouhis, 21 S Ninth Street Suite 200, Allentown, PA 18102-4861 |
| 15051410 | Email/Text: BNSFN@capitalsvcs.com | May 01 2026 02:57:00 | First Nataional Bank/Legacy, Attn: Bankruptcy, PO Box 5097, Sioux Falls, SD 57117-5097 |
| 15051411 | Email/Text: BNSFS@capitalsvcs.com | May 01 2026 02:57:00 | First Savings Bank, Attn: Bankruptcy, 1500 S Highline Ave, Sioux Falls, SD 57110-1003 |
| 15051412 | Email/Text: BNSFS@capitalsvcs.com | May 01 2026 02:57:00 | First Savings Bank/Blaze, Attn: Bankruptcy, PO Box 5096, Sioux Falls, SD 57117-5096 |
| 15051408 | + Email/PDF: MerrickBKNotifications@Resurgent.com | May 01 2026 03:02:57 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15051409 | + Email/PDF: MerrickBKNotifications@Resurgent.com | May 01 2026 03:02:57 | Fingerhut Fetti/Webbank, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15051413 | + Email/PDF: ais.fpc.ebn@aisinfo.com | May 01 2026 03:02:08 | Fst Premier, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 15051414 | + Email/Text: GenesisFS@ebn.phinsolutions.com | May 01 2026 02:57:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 15051415 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 01 2026 02:57:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 15051416 | Email/Text: sbse.cio.bnc.mail@irs.gov | May 01 2026 02:57:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15056613 | Email/Text: JCAP_BNC_Notices@jcap.com | May 01 2026 02:57:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15051417 | + Email/Text: JCAP_BNC_Notices@jcap.com | May 01 2026 02:57:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 15053844 | Email/PDF: resurgentbknotifications@resurgent.com | May 01 2026 03:02:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15075978 | + Email/Text: bankruptcy@marinerfinance.com | May 01 2026 02:57:00 | MARINER FINANCE, 8110 CORPORATE DR, NOTTINGHAM, MD 21236-5034 |
| 15057393 | Email/PDF: MerrickBKNotifications@Resurgent.com | May 01 2026 03:02:07 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15051422 | Email/Text: ml-ebn@missionlane.com | May 01 2026 02:57:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 15051419 | Email/Text: bankruptcy@marinerfinance.com | May 01 2026 02:57:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15051420 | + Email/Text: Mercury@ebn.phinsolutions.com | May 01 2026 02:57:00 | Mercury/FBT, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| 15066054 | + Email/Text: bankruptcydpt@mcmcg.com | May 01 2026 02:57:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15051421 | + Email/Text: bankruptcydpt@mcmcg.com | May 01 2026 02:57:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 15051424 | ^ MEBN | May 01 2026 02:44:25 | NewRez, PHH Mortgage Services, Po Box 24738, West Palm Beach, FL 33416-4738 |
| 15087036 | + Email/Text: RASEBN@raslg.com | May 01 2026 02:57:00 | NewRez LLC, dba Shellpoint Mortgage Servicing, Robertson Anschutz Schneid Crane, 130 Clinton Road #202, Fairfield NJ 07004-2927 |
| 15057696 | + Email/Text: RASEBN@raslg.com | May 01 2026 02:57:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane, |

| | | | |
|---|---|---|---|
| | | | 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 15072240 | | Email/Text: mtgbk@shellpointmtg.com | |
| | | May 01 2026 02:57:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15086783 | + | Email/Text: RASEBN@raslg.com | |
| | | May 01 2026 02:57:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 15057832 | + | Email/Text: RASEBN@raslg.com | |
| | | May 01 2026 02:57:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o SHERRI DICKS, Robertson Anschutz Schneid Crane, & Partners, PLLC, 130 Clinton Road, Lobby B, Suite 202, Fairfield, NJ 07004-2927 |
| 15051429 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | May 01 2026 03:02:39 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, P.O. Box 41067, Norfolk, VA 23541-1067 |
| 15069571 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | May 01 2026 03:02:39 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15051426 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | |
| | | May 01 2026 02:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15051427 | ^ | MEBN | |
| | | May 01 2026 02:44:17 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15051428 | + | Email/Text: operations@tilt.com | |
| | | May 01 2026 02:57:00 | Petal Card Inc, Attn: Bankruptcy, 9169 W State St., PMB 499,, Garden City, ID 83714-1733 |
| 15056322 | + | Email/Text: JCAP_BNC_Notices@jcap.com | |
| | | May 01 2026 02:57:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 15069215 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | May 01 2026 02:57:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15061265 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | May 01 2026 03:02:39 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15051430 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | |
| | | May 01 2026 02:57:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15051431 | | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | May 01 2026 03:02:06 | Syncb/Care Credit, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 15051432 | | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | May 01 2026 03:02:06 | Syncb/Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15051433 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | May 01 2026 03:02:36 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15051434 | | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | May 01 2026 03:02:05 | Synchrony Bank/QVC, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 15072941 | | Email/Text: bncmail@w-legal.com | |
| | | May 01 2026 02:57:00 | TD Bank USA, N.A., C/O Weinstein & Riley, PS, 749 GATEWAY, SUITE G-601, ABILENE, TX 79602 |
| 15051438 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | |
| | | May 01 2026 02:57:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15051440 | | Email/Text: bknotice@upgrade.com | |
| | | May 01 2026 02:57:00 | Upgrade, Inc., Attn: Bankruptcy, 2 N Central Ave Fl 10, Phoenix, AZ 85004-2322 |
| 15051441 | | Email/Text: bknotice@upgrade.com | |
| | | May 01 2026 02:57:00 | Uplift Inc/Flexpay, Attn: Bankruptcy, 275 Battery Street, Suite 2300, San Francisco, CA 94111 |
| 15051442 | + | Email/Text: UpStart@ebn.phinsolutions.com | |
| | | May 01 2026 02:57:00 | Upstart Finance, Attn: Bankruptcy, PO Box 1503, |

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Apr 30, 2026 | Form ID: 155 | Total Noticed: 65

| | | | San Carlos, CA 94070-7503 |
| 15051443 | + Email/Text: UpStart@ebn.phinsolutions.com | | |
| | | May 01 2026 02:57:00 | Upstartnet, P.o. Box 1503, San Carlos, CA 94070-7503 |
| 15051444 | ^ MEBN | | |
| | | May 01 2026 02:43:29 | Velocity Investments, LLC, PO Box 788, Belmar, NJ 07719-0788 |

TOTAL: 59

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 15051435 | | Synchrony/Ashley Furniture Homestore |
| 15073673 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15071597 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15071598 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15051437 | ##+ | Temple Health, Attn: Bankruptcy, PO Box 61, Lewiston, ME 04243-0061 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 02, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2026 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Jennifer Ann Newmeyer help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing rshearer@raslg.com |
| SHERRI DICKS | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing sdicks@raslg.com  shrdlaw@outlook.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      )
    Jennifer Ann Newmeyer    )    Case No. 25–13766–djb
    )
    )
    Debtor(s).    )    Chapter: 13
    )
    )

## <u>ORDER CONFIRMING PLAN UNDER CHAPTER 13</u>

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: April 30, 2026

For The Court

Derek J Baker
Judge, United States Bankruptcy Court